# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**TOMMY FULLER**                                                                                           **PETITIONER**
Reg. #19624-076

**v.**                    **CASE NO.: 2:08-CV-00055-SWW-BD**

**T.C. OUTLAW,**                                                                                           **RESPONDENT**
Warden, FCI- Forrest City

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's petition for writ of habeas corpus (#2) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 25th day of February, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE